**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7740**

---

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

SHARON PENDERGRASS,

                                    Defendant - Appellant.

---

Appeal from the United States District Court for the District of
South Carolina, at Florence.  William B. Traxler, Jr., District
Judge.  (CR-92-216, CA-97-1249-21B-4)

---

Submitted:  June 16, 1998              Decided:  July 30, 1998

---

Before WILKINS and MOTZ, Circuit Judges, and HALL, Senior Circuit
Judge.

---

Dismissed by unpublished per curiam opinion.

---

Sharon Pendergrass, Appellant Pro Se.  Mary Gordon Baker, Assistant
United States Attorney, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sharon Pendergrass seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Pendergrass, Nos. CR-92-216; CA-97-1249-21B-4 (D.S.C. Nov. 13, 1997). We also deny Pendergrass' "Motion Requesting Additional Grounds to Title 28 U.S.C. § 2255 Set Aside/ Vacate or Correct A Sentence." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED